## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCEEDINGS BEFORE THE : | |
| COURT OF COMMON PLEAS OF : | |
| PHILADELPHIA TO DETERMINE THE : | |
| PROPRIETY OF DEFENDER ASSOCIATION : | |
| OF PHILADELPHIA'S REPRESENTATION : | |
| OF WILLIAM JOHNSON : | CIV. NO. 13-2242 |
| COMMONWEALTH OF PENNSYLVANIA, : | |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| WILLIAM JOHNSON, : | |
|     Defendant. : | |

## ~~PROPOSED~~ ORDER

AND NOW, this 10 day of June, 2013, upon consideration of the Defender

Association of Philadelphia's ("FCDO") unopposed motion for leave to (1) file a reply brief in

support of its motion to dismiss, (2) consolidate such reply with its reply to the Commonwealth's

response to this Court's Order to Show Cause due on June 14, 2013, and (3) file a consolidated

brief that is up to 30 pages in length, it is hereby ORDERED that said motion is GRANTED.

The FCDO shall file a consolidated brief on June 14, 2013 not to exceed 30 pages.  IT IS SO

ORDERED.

BERLE M. SCHILLER
United States District Judge