APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: proceedings before the Court of Common
Pleas of Philadelphia to determine the propriety of the Defender Association of Philadelphia's Representation of William Johnson

:    CIVIL ACTION

:

:

:

:    NO.   13-2242

:

### ORDER

         AND NOW, this        Day of             , 20    , it is hereby

         ORDERED that the application of Patrick J. Carome       , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

      ☐   GRANTED.

      ☐   DENIED.

_____

                                           J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 13-2242

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Patrick J. Carome_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _559231_, for the $40.00 admission fee.

A.      *I state that I am currently admitted to practice in the following state jurisdictions:*

| Massachusetts | 06/19/1984 | 542808 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 01/16/1985 | 385676 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.      *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See attached sheet | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.      *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*        **Fed. Community Def. Org.**

_____
(Applicant's Signature)

06/05/2013
_____
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilmer Cutler Pickering Hale and Dorr LLP

1875 Pennsylvania Avenue, NW

Washington, DC  20006

Sworn and subscribed before me this

5th Day of June, 2013

_____
Notary Public

10/04

## BAR ADMISSIONS OF PATRICK J. CAROME

Massachusetts Bar - No 542808 (admitted June 19, 1984)
District of Columbia Bar - No. 385676 (admitted January 16, 1985)

## COURT ADMISSIONS OF PATRICK J. CAROME

| Title of Court | Date of Admission |
|---|---|
| Supreme Judicial Court of Massachusetts | June 19, 1984 |
| District of Columbia Court of Appeals | January 16, 1985 |
| United States District Court for the District of Columbia | February 4, 1985 |
| United States Court of Appeals for the District of Columbia | January 14, 1987 |
| United States Court of Military Appeals | July 11, 1988 |
| United States Supreme Court | November 7, 1988 |
| United States Court of Appeals for the First Circuit | January 3, 2003 |
| United States Court of Appeals for the Second Circuit | October 16, 2001 |
| United States Court of Appeals for the Fourth Circuit | August 22, 1989 |
| United States Court of Appeals for the Fifth Circuit | January 26, 2007 |
| United States Court of Appeals for the Ninth Circuit | September 9, 1992 |
| United States Court of Federal Claims | October 25, 1996 |
| United States Court of Appeals for the Eighth Circuit | March 20, 1997 |
| United States Court of Appeals for the Tenth Circuit | March 29, 1999 |
| United States District Court for the District of Colorado | December 6, 1999 |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Patrick J. Carome_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| DAVID RICHMAN | | 1/12/1970 | 04179 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

**PEPPER HAMILTON LLP**

| 3000 Two Logan Square 18th & Arch Streets | Philadelphia, PA 19103 | |
|---|---|---|

215-981-4412

Sworn and subscribed before me this

12ᵗʰ Day of June, 2013

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICK WAGNER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 21, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO.   13-2242 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of____Patrick J. Carome____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Peter Carr, Assistant District Attorney

Three South Penn Square

Philadelphia, PA  19107


Signature of Attorney

Name of Attorney

Patrick J. Carome
Name of Moving Party

Date