APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| William Johnson | : | NO.   13-2242 |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Joshua M. Salzman</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 13-2242

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Joshua M. Salzman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __559230__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 10/01/2007 | 4537775 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 07/11/2008 | 982239 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See attached list |  |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Defender Ass'n of Phil.

(Applicant's Signature)

05/31/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1875 Pennsylvania Avenue, NW

Washington, D.C. 20006

(202) 663-6922

Sworn and subscribed before me this

31st Day of May, 2013

Kay D. Dallosta
Notary Public

KAY D. DALLOSTA
Notary Public of District of Columbia
My Commission Expires June 14, 2017

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Joshua M. Salzman___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| DAVID RICHMAN | *[signature]* | 1/12/1970 | 04179 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

PEPPER HAMILTON LLP

3000 Two Logan Square, 18th & Arch Sts., Philadelphia, Pa   19103

215-981-4412

Sworn and subscribed before me this

12th Day of June, 2013

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICK WAGNER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 21, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| William Johnson | : | NO. 13-2242 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Joshua M. Salzman_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Peter Carr, Assistant District Attorney

Three South Penn Square

Philadelphia, PA 19107


_____
Signature of Attorney

_____
Name of Attorney

Joshua M. Salzman
Name of Moving Party

_____
Date

## Joshua M. Salzman

### Bar and Court Admissions

| | | |
|---|---|---|
| New York Court of Appeals (New York State Bar) | October 1, 2007 | Bar No. 4537775 |
| District of Columbia Court of Appeals (District of Columbia Bar) | July 11, 2008 | Bar No. 982239 |
| U.S. Court of Appeals for the Federal Circuit | January 5, 2009 | |
| U.S. Court of Appeals for the Eleventh Circuit | January 27, 2010 | |
| U.S. District Court for the District of Columbia | May 3, 2010 | |
| U.S. Court of Appeals for the Ninth Circuit | October 27, 2010 | |
| U.S. Court of Appeals for the District of Columbia Circuit | November 15, 2010 | Bar No. 53173 |
| U.S. Supreme Court | December 5, 2011 | |