APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Proceedings Before the Court
of Common Pleas of Philadelphia
to Determine the Propriety of
the Defender Association of
Philadelphia's Representation of
William Johnson

CIVIL ACTION

NO. 13 - 2242

ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of  Paul R.Q. Wolfson , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 13 - 2242

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Paul R.Q. Wolfson__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 559229, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| DC | 07/25/1988 | 414759 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| PA (inactive) | 11/23/1987 | 50504 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| see attached list |  |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for    Fed. Community Def. Org.

(Applicant's Signature)

05/25/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilmer Cutler Pickering Hale and Dorr LLP

1875 Pennsylvania Avenue NW

Washington DC   20006

Sworn and subscribed before me this

28th Day of May, 2013

Kay D. Dallosta
Notary Public

KAY D. DALLOSTA
Notary Public of District of Columbia
My Commission Expires June 14, 2017

10/04

# Paul R.Q. Wolfson Bar Admissions

| COURT | BAR NO. | DATE OF ADMISSION |
|---|---|---|
| District of Columbia Court of Appeals | 414759 | July 25, 1988 |
| Pennsylvania | 50504 (Inactive) | Nov. 23, 1987 |
| Supreme Court of the United States | | February 25, 1991 |
| U.S. Court of Appeals, District of Columbia Circuit | | November 18, 1988 |
| U.S. Court of Appeals, Federal Circuit | | March 30, 2004 |
| U.S. Court of Military Appeals | 29369 | September 2, 1993 |
| U.S. Court of Appeals, First Circuit | | April 23, 2008 |
| U.S. Court of Appeals, Second Circuit | | May 8, 1992<br>Renewed: **05/05/2010**<br>(every 3 years) |
| U.S. Court of Appeals, Third Circuit | | February 10, 1994 |
| U.S. Court of Appeals, Fourth Circuit | | May 7, 1992 |
| U.S. Court of Appeals, Fifth Circuit | | November 10, 2005<br>Applied: 10/13/2010<br>(every 5 years) |
| U.S. Court of Appeals, Sixth Circuit | | February 28, 1992 |
| U.S. Court of Appeals, Seventh Circuit | | April 3, 2009 |
| U.S. Court of Appeals, Eighth Circuit | | August 25, 2004 |
| U.S. Court of Appeals, Ninth Circuit | | July 18, 2005 |
| U.S. Court of Appeals, Eleventh Circuit | | May 18, 2010 |
| U.S. District Court, District of Columbia | | December 5, 1988<br>Renew: every 3 years |
| U.S. District Court, E.D. Michigan | | October 31, 1991 |

May 25, 2013

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Paul R.Q. Wolfson____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| DAVID RICHMAN | *[signature]* | 1/12/1970 | 04179 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

PEPPER HAMILTON LLP

3000 Two Logan Square   18th & Arch Streets, Philadelphia, PA   19103

215-981-4412

Sworn and subscribed before me this

12th Day of June, 2013

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICK WAGNER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 21, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|   | : | CIVIL ACTION |
| v. | : |   |
|   | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of    Paul R.Q. Wolfson

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Peter Carr, Assistant District Attorney

Three South Penn Square

Philadelphia, PA 19107

_____
Signature of Attorney

Name of Attorney
Paul R.Q. Wolfson
Name of Moving Party

_____
Date