IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCEEDING BEFORE THE COURT : <br> OF COMMON PLEAS OF PHILADELPHIA : <br> TO DETERMINE THE PROPRIETY OF THE : <br> DEFENDER ASSOCIATION OF : <br> PHILADELPHIA'S REPRESENTATION OF : <br> WILLIAM JOHNSON : <br> _____ : <br> COMMONWEALTH OF PENNSYLVANIA, : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> WILLIAM JOHNSON, : <br> Defendant. : | CIVIL ACTION <br><br><br><br><br><br><br><br><br><br><br><br> No. 13-2242 |

[PROPOSED] ORDER

AND NOW, this 14 day of June, 2013, the Commonwealth of Pennsylvania is granted permission to file a reply brief in support of its motion to remand by June 20, 2013.

BY THE COURT:

/s/ Berle M. Schiller
_____
Berle M. Schiller, J.