IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | CIVIL ACTION |
| PROCEEDING BEFORE THE COURT : | |
| OF COMMON PLEAS OF : | |
| PHILADELPHIA TO DETERMINE : | |
| THE PROPRIETY OF THE DEFENDER: | |
| ASSOCIATION OF PHILADELPHIA'S : | |
| REPRESENTATION OF WILLIAM : | |
| JOHNSON IN COMMONWEALTH OF : | No. 13-2242 |
| PENNSYLVANIA V. JOHNSON : | |

## ORDER

**AND NOW**, this **6th** day of **September**, **2013**, upon consideration of the Commonwealth of Pennsylvania's Motion to Remand, the Federal Community Defender Organization's Motion to Dismiss, and all the responses thereto and replies thereon, and for the reasons stated in the Court's Memorandum dated September 6, 2013, it is hereby **ORDERED** that:

1. The Motion to Remand (Document No. 10) is **DENIED**.

2. The Motion to Dismiss (Document No. 8) is **GRANTED** and this matter is **DISMISSED with prejudice**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**