IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Proceeding Before the Court of Common Pleas of Philadelphia to Determine the Propriety of the Defender Association of Philadelphia's Representation of William Johnson in *Commonwealth of Pennsylvania v. William Johnson* (No. CP-51-CR-0936052-1991) | : : : : : : | CIVIL ACTION<br><br><br><br><br>NO. 13-CV-2242 |
| Commonwealth of Pennsylvania,<br>　　　　　　　　　Appellant | :<br>: | |

## NOTICE OF APPEAL

Notice is given that the COMMONWEALTH OF PENNSYLVANIA, by THOMAS W. DOLGENOS, Chief, Federal Litigation, Office of the District Attorney of Philadelphia County, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Order of the Honorable Berle M. Schiller, denying the Commonwealth's Motion to Remand and granting the Federal Community Defender Organization's Motion to Dismiss, which was entered in this case on September 6, 2013.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THOMAS W. DOLGENOS
　　　　　　　　　　　　　　　　　　　　　Chief, Federal Litigation
　　　　　　　　　　　　　　　　　　　　　District Attorney's Office
　　　　　　　　　　　　　　　　　　　　　Three South Penn Square
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA   19107-3499
　　　　　　　　　　　　　　　　　　　　　(215) 686-5703
　　　　　　　　　　　　　　　　　　　　　*thomas.dolgenos@phila.gov*

Date: October 4, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Proceeding Before the Court of Common Pleas of Philadelphia to Determine the Propriety of the Defender Association of Philadelphia's Representation of William Johnson in *Commonwealth of Pennsylvania v. William Johnson* (No. CP-51-CR-0936052-1991) | : CIVIL ACTION <br> : <br> : <br> : <br> : <br> : NO. 13-CV-2242 |
| Commonwealth of Pennsylvania, <br>                        Appellant | : <br> : |

## CERTIFICATE OF SERVICE

I, THOMAS W. DOLGENOS, hereby certify that on October 4, 2013, a copy of the foregoing pleading was served by placing same, first class postage prepaid, in the United States Mail addressed to:

Honorable Berle M. Schiller
United States District Court
U.S. Courthouse
601 Market Street, Room 13613
Philadelphia, PA   19106-1723

David Richman, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA   19103

Joshua M. Salzman, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC   20006

THOMAS W. DOLGENOS
Chief, Federal Litigation
District Attorney's Office
Three South Penn Square
Philadelphia, PA   19107-3499
(215) 686-5703