# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

                                              District Court Docket Number

        vs.

WILLIAM JOHNSON                                            13-2242

Notice of Appeal Filed 10/4/2013
Court Reporter(s)/ESR Operator(s)

Filing Fee:
        Notice of Appeal __X_Paid _____Not Paid _____Seaman
        Docket Fee        _X_Paid _____Not Paid _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending


                                            Defendant's Address (for criminal appeals)


                                Prepared by: _____
                                                 KIRK KOPACZ
                                                 Deputy Clerk/Signature/Date


            PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
                THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm